Judge Ronald B. Leighton
Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

    Petitioner,

v.

BRIAN BRUMBAUGH,

    Respondent.

No. 09-MC-5012-RBL-JRC

ORDER EXTENDING DEADLINE

The United States' Motion to Extend Service Deadline is GRANTED. The service deadline is hereby extended to the ___11th___ day of ___August___, 2009.

DATED this ___23___ day of ___June___, 2009.

*(signature)*
J. Richard Creatura
United States Magistrate Judge

Presented by:

s/Rebecca S. Cohen
REBECCA S. COHEN, WSBA #31767
Assistant United States Attorney

ORDER EXTENDING SERVICE DEADLINE - 1
[09-MC5012-RBL-JRC]