HONORABLE RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Petitioner,<br><br>v.<br><br>BRIAN BRUMBAUGH, as sole member of COMMUNITY MORTGAGE ASSOCIATION, LLC,<br><br>  Respondent. | Case No. MC09-5012RBL<br><br>ORDER |

THIS MATTER is before the Court upon the Report and Recommendation of Magistrate Judge J. Richard Creatura.  Having considered the entirety of the records and file herein, the Court finds and rules as follows:

1. The Court adopts the Report and Recommendation.

2. Respondent shall personally appear on Wednesday, May 12, 2010, at 8:30 a.m., at the United States Courthouse, 1717 Pacific Avenue, Tacoma, Washington, 98402, in Courtroom B, to show cause why he should not be held in contempt by reason of the facts certified by Magistrate Judge J. Richard Creatura.

3. The United States Marshal shall personally serve this Order on the Respondent and the Clerk shall send this Order to the Respondent by regular and certified mail at his last known address, 5055 Borgen Blvd. NW, Gig Harbor, WA, 98332.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1